


ENTERED
12/23/2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| MONTCO OFFSHORE INC., *et al.*[4] | § | Case No. 17-31646 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| DREW MCMANIGLE, AS LIQUIDATING TRUSTEE OF THE LIQUIDATING TRUST FOR MONTCO OILFIELD CONTRACTORS, LLC, | § | |
| | § | Adversary Proceeding |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. No 19-03337 (MI) |
| | § | |
| C&G WELDING, INC., | § | |
| | § | |
| Defendant. | § | |

## SCHEDULING ORDER AND JUDGMENT

The Court has considered the *Liquidating Trustee's Objection to C&G Welding's Motion for Leave to File Amended Answer and Response to Motion for Default Judgment* (the "<u>Objection</u>"). The Court has read the Objection and the pleadings on file, and accordingly, it is therefore

**ORDERED THAT:**

1. The Parties shall comply with the following discovery schedule:

    i. The parties shall join additional parties and amend pleadings by December 16, 2019.

    ii. The party bearing the burden of proof regarding an issue shall submit its expert report by January 10, 2020.

---

[4] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are Montco Offshore, Inc. (1448) and Montco Oilfield Contractors, LLC (9886).

10348088v1

1

Case 19-03337 Document 15 Filed on 12/25/19 in PXSB Page 2 of 2

      iii.    The parties shall submit any rebuttal expert reports by February 28, 2020.

      iv.    The parties shall complete discovery by March 30, 2020.

      v.    All dispositive motions shall be filed not later than May 4, 2020.

      vi.    The parties shall conduct a face to face meeting prior to June 29, 2020.

      vii.    The Court will issue a pretrial order July 13, 2020.

      viii.    The Court shall conduct a pretrial conference on August 3, 2020.

2.    The Liquidating Trustee is awarded judgment of $5,500.00 against the Defendant.

3.    This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Default Judgment.

4.    This is a final judgment. The Liquidating Trustee is entitled to all writs and processes as may be necessary in the enforcement and collection of this judgment.

5.   The amended answer, filed at ECF No. 13-1 is the answer in this case, and is deemed timely filed.

Signed: December 23, 2019

                                                  Marvin Isgur
                                         United States Bankruptcy Judge